UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

                Plaintiff,

-against-

HOUSING SOLUTIONS, ET AL.,

                Defendants.

25-CV-3770 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated May 16, 2025, the Court directed Plaintiff, within 30 days, to (1) submit signature pages for the complaint, application for leave to proceed *in forma pauperis* ("IFP"), and motion to proceed to under a pseudonym with his signatures; and (2) either provide a mailing address or submit a completed and signed form consenting to electronic service of court documents. (ECF 5.) That order specified that failure to comply would result in dismissal of the complaint. Plaintiff did not comply with that order or otherwise communicate with the Court. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

      The Clerk of Court is directed to terminate all pending motions.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment dismissing this action.

SO ORDERED.

Dated:  July 22, 2025
        New York, New York

                                           /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                       Chief United States District Judge

2