UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                              Plaintiff,

          -against-

HOUSING SOLUTIONS, ET AL.,

                              Defendants.

25 CIVIL 3770 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 22, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

          SO ORDERED.

Dated:    July 22, 2025

          New York, New York

                              _____
                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge